UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 5:25-cv-03081-AH-(DTBx) | Date | May 21, 2026 |
|---|---|---|---|
| Title | James R. Hefflin v. United States Merit Systems Protection Board et al. | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

On November 17, 2025, Plaintiff James R. Hefflin ("Plaintiff") filed a Complaint, Dkt. No. 1, and on April 12, 2026, Plaintiff filed a First Amended Complaint ("FAC") against Defendants United States Merits Systems Protection Board, Sarah Snyder in her official capacity as Chief Administrative Judge/Attorney Examiner, and Cristoph Riddle in his official capacity as Administrative Judge/Attorney Examiner ("Defendants"). Dkt. No. 15. On April 23, 2026, Plaintiff filed a Proof of Service containing declarations that each defendant was served with the summons and FAC.

The Court finds that the Proof of Service is deficient. "A federal court does not have jurisdiction over a defendant unless the defendant has been served properly under" Federal Rule of Civil Procedure 4. *Direct Mail Specialists, Inc. v. Eclat Computerized Techs., Inc.,* 840 F.2d 685, 688 (9th Cir. 1988).

> To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Fed. R. Civ. P. 4(i)(2).

To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i)(1).

Plaintiff has failed to put forth evidence demonstrating satisfaction of Rule 4(i)'s requirements. Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing **within fourteen (14) days of this Order** why this action should not be dismissed for lack of proper service. Failure to do so will result in the dismissal of this action without prejudice. As an alternative to a written response by Plaintiff, the Court will consider the filing of one of the following as an appropriate response to this Order to Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

- A renewed Proof of Service setting forth compliance with Rule 4; or
- A response to the FAC by Defendants.

**IT IS SO ORDERED.**